Tyler J. Woods, Bar No. 232464
twoods@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

*Attorneys for Plaintiff Shipping and Transit, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING AND TRANSIT LLC, a Florida Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRESHPAIR, INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:15-cv-8638<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed: N/A<br>Trial Date: N/A |

NEWPORT TRIAL GROUP

# COMPLAINT FOR PATENT INFRINGEMENT

For its Complaint, Plaintiff Shipping and Transit, LLC ("Plaintiff"), by and through the undersigned counsel, alleges as follows:

## THE PARTIES

1. Plaintiff is a company organized and existing under the laws of Florida and having an address at 711 SW 24th, Boynton Beach, Florida 33435.

2. On information and belief, defendant Freshpair Inc. ("Defendant") is a corporation existing under the laws of Delaware.

3. The true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by fictitious names. Each of the Defendants designated herein as a DOE is legally responsible for the unlawful acts alleged herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of the DOE Defendants when such identities become known.

## JURISDICTION AND VENUE

4. This is a suit for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code § 1 *et seq*.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b).

7. Upon information and belief, Defendant conducts substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct and/or deriving substantial revenue from goods and services provided to individuals in this forum.

/ / /

/ / /

**NEWPORT TRIAL GROUP**

## THE PATENT-IN-SUIT

8. On July 15, 2008, United States Patent No. 7,400,970 ("the '970 Patent"), entitled, "System and method for an advance notification system for monitoring and reporting proximity of a vehicle" was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '970 Patent is attached as Exhibit A to this complaint.

9. Plaintiff is the assignee and owner of the right, title and interest in and to the '970 Patent including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,400,970

10. Plaintiff repeats and realleges the allegations of paragraphs 1 through 9 as if fully set forth herein.

11. Without license or authorization and in violation of 35 U.S.C. § 271(a), Defendant has infringed and continues to infringe the '970 Patent by making, using, offering for sale and/or selling within this district and elsewhere in the United States a computer based notification system that enables communication with a user that is designed to receive delivery of a package and provides a means for requesting entry by user of a package identification number.

12. Specifically, Freshpair's ship notice/manifest, sometimes referred to as the Advanced Shipment Notice (ASN), or the 856 EDI document, is generated when a user at a computer system elects to purchase an item via Defendant's website and enters an email address as part of the purchase process. The Defendant explains by purchasing they will be provided "order confirmation" and more importantly "shipment confirmation" by selecting to purchase from their website. When a user selects a method of shipping when purchasing an item from Defendant's website, a user necessarily is required to elect a shipping method that allows tracking. Once this election is made, and as the order is processed, shipment confirmations are sent based on a tracking input when the package starts its route (likely pick-up, placed on conveyer

belt and/or scanned out to loading dock/out of warehouse, etc.) to its destination (delivery address). This process is evidenced on Defendant's Frequently Asked Questions web page:

**Freshpair**

WOMEN » MEN » EXPERT ADVICE »

NEW CUSTOMER DISCOUNT! TODAY ONLY: 15% OFF Discount applied in cart.

customer care

customer care
returns

frequently asked questions

**"When will I receive my order?"**
Orders for in stock items being shipped via FedEx (2 Business Day or 1 Business Day) are shipped same day if placed before 3pm EST, excluding weekends and holidays. Due to our extensive selection of styles, sizes and colors, some items may be periodically backordered. We will contact you within 24 hours (not including weekends and holidays) if any portion of your order is backordered. Once your order has shipped, we will send you an email confirmation including a tracking number. Please click here to view shipping methods and transit times."

**"Part of my order is backordered. Will you ship what you have or will I have to wait for the entire order?"**
We will ship the portion of your order that is in stock and issue a shipping confirmation and tracking number. We will inform you of the item(s) on backorder so you have the option to change the color and style."

13. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of Defendant's infringement of the '970 Patent in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

/ / /

14. Prior to the filing of this Complaint, Plaintiff, by letter dated June 10, 2015, informed Defendant of Defendant's infringement of the '970 Patent.

15. Thus, Defendant has been on notice of the '970 Patent since at least the date it received Plaintiff's letter dated June 10, 2015.

16. Upon information and belief, Defendant has not altered its infringing conduct after receiving Plaintiff's letter dated June 10, 2015.

17. Upon information and belief, Defendant's continued infringement despite its knowledge of the '970 Patent and the accusations of infringement has been objectively reckless and willful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment against Defendant as follows:

A. An adjudication that Defendant has infringed the '970 patent;

B. An award of damages to be paid by Defendant adequate to compensate Plaintiff for Defendant's past infringement of the '970 patents and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Plaintiff's reasonable attorneys' fees;

D. To the extent Defendant's conduct subsequent to the date of its notice of the '970 patent is found to be objectively reckless, enhanced damages pursuant to 35 U.S.C. § 284 for its willful infringement of the '970 patent; and

///
///
///
///

E. An award to Plaintiff of such further relief at law or in equity as the Court deems just and proper.

Respectfully submitted this 4th day of November, 2015

NEWPORT TRIAL GROUP

By: */s/ Tyler J. Woods*
    Tyler J. Woods
    Attorney for Plaintiff
    Shipping and Transit, LLC

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

Respectfully submitted this 4th day of November, 2015

NEWPORT TRIAL GROUP

By: */s/ Tyler J. Woods*
    Tyler J. Woods
    Attorney for Plaintiff
    Shipping and Transit, LLC

COMPLAINT FOR PATENT INFRINGEMENT